# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

WILLIAM CURRY, JR.,

        Petitioner,

v.

WILLIAM VAN HOOK,

        Respondent.

CASE NO. 3:17-cv-05314-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner has not yet received a judgment and has not exhausted his state court remedies. Therefore, his habeas petition is DISMISSED without prejudice.

**DATED** this 6th day of November, 2017.

                      Ronald B. Leighton
                      United States District Judge